B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | **Voluntary Petition** |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Cynergy Data, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>26-1308677 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>30-30 47th Avenue, 9th Floor<br>Long Island City, NY                    ZIP CODE 11101 | Street Address of Joint Debtor (No. and Street, City, and State):                     ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Queens, NY | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                     ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other
  merchant services

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                                                    THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

| B 1 (Official Form 1) (1/08) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Cynergy Data, LLC | |
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>See Schedule 1 | Case Number: | Date Filed: |
| District:  District of Delaware | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Cynergy Data, LLC** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>   Telephone Number (if not represented by attorney)<br><br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>   (Printed Name of Foreign Representative)<br><br>   Date |
| **Signature of Attorney***<br><br>X  *[signature]*<br>Signature of Attorney for Debtor(s)<br>**David B. Stratton**<br>Printed Name of Attorney for Debtor(s)<br>**Pepper Hamilton LLP**<br>Firm Name<br>**Hercules Plaza, Suite 5100, 1313 Market St.**<br>Address **P.O. Box 1709, Wilmington, DE 19899-1709**<br><br>**302-777-6566**<br>Telephone Number<br><br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br><br>   Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  *[signature]*<br>Signature of Authorized Individual<br>**Charles M. Moore**<br>Printed Name of Authorized Individual<br>**Chief Restructuring Officer**<br>Title of Authorized Individual<br>**8/31/09**<br>Date | |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

### District of Delaware

In re  **Cynergy Data, LLC**                          ,   )   Case No. _____
　　　　　　　　Debtor                                   )
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)   Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on **June 30, 2009** .

   a. Total assets                                                          $ __**109,546,132.00**__

   b. Total debts (including debts listed in 2.c., below)                   $ __**186,183,032.00**__

   c. Debt securities held by more than 500 holders:                                       Approximate number of holders:

   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

   d. Number of shares of preferred stock           _____  _____

   e. Number of shares common stock                 _____  _____

   　　Comments, if any: _____

3. Brief description of debtor's business:
   **Credit card processing services.**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: _____
   **Marcelo Paladini owns 92% of Cynergy Data Holdings, Inc., which owns 100% of Cynergy Data, LLC.**

## Schedule 1

Pending Bankruptcy Cases Filed by any Spouse, Partner, or Affiliate of This Debtor

| Name of Debtor | Case Number | Date Filed | District | Relationship | Judge |
|---|---|---|---|---|---|
| Cynergy Prosperity Plus, LLC | | | Delaware | Debtor owns 100% of | |
| Cynergy Data Holdings, Inc. | | | Delaware | Owns 100% of Debtor | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Charles M. Moore, the Chief Restructuring Officer of the entities named as the debtors in this case, declare under penalty of perjury that I have read the foregoing consolidated list and that it is true and correct to the best of my information and belief.

Date  8/31/09                               Signature  /s/ Charles M. Moore
                                            **Name: Charles M. Moore**
                                            **Title:  Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or
imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

12679458.2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  **Cynergy Data, LLC, et al**  
　　　　　　　　　　　　　　　　Debtor(s)

Case No.　09-  
Chapter　**11**

## CONSOLIDATED LIST OF CREDITORS HOLDING 25 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the debtors' creditors holding the 25 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 [*or* chapter 9] cases. The information contained in the list is based on the debtors' books and records as of May 28, 2009. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims. If a minor child is one of the creditors holding the 50 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. *See* 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PROCESS AMERICA | KIM RICKETTS<br>CRAIG RICHARDS<br>KEITH PHILI<br>21617 NORDHOFF ST<br>CHATSWORTH, CA 91311 | Trade Debt | | $2,807,231 |
| PAYMENTECH | CHRISTOPHER BUTTS<br>CHASE PAYMENTECH SOLUTIONS, LLC<br>PO BOX 809001<br>DALLAS, TX 75380-9001 | Trade Debt | | $2,629,783 |
| TSYS | KRISTI PENNINGTON<br>8320 S. HARDY DRIVE<br>TEMPE, AZ 85284 | Trade Debt | | $1,460,140 |
| WWWMYGRANTSITENET 8774951145 | JEREMY JOHNSON<br>249 E TABERNACLE ST<br>GEORGE, UT 84770 | Trade Debt | | $1,377,254 |
| SECOND SOURCE | CUSTOMER SERVICE<br>55 BROAD ST, 2ND FL<br>NEW YORK, NY 10004 | Trade Debt | | $1,057,199 |
| DJM*LIFSTYLEFIT.COM | RYAN RIDDLE<br>1285 BARING BLVD, STE 506<br>SPARKS, NV 89434 | Trade Debt | | $900,764 |

#11435678 v1

| | | | | |
|---|---|---|---|---|
| WWW FEDGRANTUSA COM | RYAN RIDDLE<br>1285 BARING BLVD, STE 506<br>SPARKS, NV 89434 | Trade Debt | | $812,629 |
| MERCHANT PROCESSING SERVICES, CORP | VLADIMIR SADOVSKIY<br>132 W 36TH ST, 3RD FLOOR<br>NEW YORK, NY 10018 | Trade Debt | | $756,782 |
| PIVOTAL PAYMENTS | MERCHANT SUPPORT<br>200 BROAD HOLLOW ROAD<br>SUITE 207<br>SYOSSET, NY 11747 | Trade Debt | | $509,068 |
| FAST TRANSACT | DAVID B. SOLOMON<br>LISA RIVERA<br>673 WOODLAND SQUARE LOOP SE, SUITE 401<br>LACEY, WA 98503 | Trade Debt | | $503,110 |
| BUSINESSFUND 8004101682 | JEREMY JOHNSON<br>249 E TABERNACLE ST<br>GEORGE, UT 84770 | Trade Debt | | $493,692 |
| SignaPay | JOHN R MARTILLO<br>105 DECKER CT 650<br>IRVING, TX 75062 | Trade Debt | | $465,507 |
| NATION WIDE HOME WARRANTY | MORRIS LINEER<br>2711 CONEY ISLAND AVENUE<br>2ND FLOOR<br>BROOKLYN, NY 11235 | Trade Debt | | $415,585 |
| US ONLINE AMERICA GROUP | LANCE TYRNER<br>404 W BROADWAY RD STE 107<br>TEMPE, AZ 85282 | Trade Debt | | $400,135 |
| VACATION CLUBS | DARYL TURNER<br>926 HADDONFIELD RD # 356<br>CHERRY HILL, NJ 8002 | Trade Debt | | $397,924 |
| EPAY DATA | MICHAEL DINNEN<br>3025 S PARKER RD, SUITE 610<br>AURORA, CO 80014 | Trade Debt | | $382,829 |
| DEBIT TECHNOLOGIES, INC | RANDALL VESELKA<br>KATHY WATSON<br>700 CORPORATE CIR, SUITE E<br>GOLDEN, CO 80401 | Trade Debt | | $382,263 |
| QUICKGRANTPRO8663707270 | JEREMY JOHNSON<br>249 E TABERNACLE ST<br>GEORGE, UT 84770 | Trade Debt | | $319,347 |

| | | | | |
|---|---|---|---|---|
| NETWORKAGENDACOM 8004189320 | DUANE FIELDING 249 EAST TABERNACLE, STE 105 ST GEORGE, UT 84770 | Trade Debt | | $315,277 |
| CAL NUTRASCIENCES INC | PAUL GRARETTE 1905 ASTON AVE, STE 101 CARLSBAD, CA 92008 | Trade Debt | | $292,513 |
| I FORTUITY | TIMOTHY WOODS 2510 W DUNLAP AVE, STE 440 PHOENIX, AZ 85021 | Trade Debt | | $266,347 |
| GRAVITY PAYMENTS | LUCAS PRICE 1434 ELLIOTT AVE W, SUITE C SEATTLE, WA 98119 | Trade Debt | | $263,702 |
| TRIBUL MERCHANT SERVICES | CLIENT SERVICES 55 BROAD ST, 2ND FLOOR NEW YORK, NY 10004 | Trade Debt | | $263,543 |
| WORLD VENTURES | MICHAEL AZCUE 5360-1 LEGACY DRIVE, STE 300 PLANO, TX 75093 | Trade Debt | | $260,000 |
| VCOMM | STEVEN HENRIKSEN 4780 W ANN RD, 5 STE 226N LAS VEGAS, NV 89031 | Trade Debt | | $255,858 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CYNERGY DATA, LLC, | Case No. 09-_____ (    ) |
| Debtor. | |

### CERTIFICATION CONCERNING CREDITOR MATRIX

Cynergy Data, LLC, as debtor and debtor-in-possession (the "Debtor"), hereby certifies under penalty of perjury that the *Creditor Matrix* as maintained by Kurtzman Carson Consultants LLC, pursuant to Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, is complete and, to the best of Debtor's knowledge, correct and consistent with Debtor's books and records.

The information contained therein is based upon a review of Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right, defense or legal position of the Debtor.

12679473.3

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 31 day of August, 2009

Signature: _____
By:          Charles M. Moore
Title:       Chief Restructuring Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CYNERGY DATA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-_____ (    ) |

## LIST OF EQUITY SECURITY HOLDERS OF DEBTOR

Cynergy Data, LLC ("Cynergy Data"), debtor and debtor-in-possession in the above-captioned case (the "Debtor"), hereby files its List of Equity Security Holders, pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

**Common Stock:**

The holders of common stock of Cynergy Data are as follows:

| Holder | Aggregate Number of Units | Percentage of Ownership |
|---|---|---|
| Cynergy Data Holdings, Inc. | 950 | 100 |

12636169.3

## CERTIFICATION CONCERNING LIST OF EQUITY SECURITY HOLDERS

I, Charles M. Moore, the Chief Restructuring Officer of the Debtors, hereby certify under penalty of perjury that the information submitted herewith, pursuant to Local Rule 1007-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, is complete and, to the best of the Debtor's knowledge, correct and consistent with the Debtor's books and records.

Date: August 31, 2009

_[signature]_

Name: Charles M. Moore
Title: Chief Restructuring Officer

12636169.3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CYNERGY DATA, LLC, *et al.*,[1] | Case No. 09-_____ ( ) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF RESOLUTIONS

I, Marcelo Paladini, the undersigned Chief Executive Officer and member of the Board of Managers (the "Board") of Cynergy Data, LLC (the "Company"), a limited liability company organized under the laws of the State of Delaware, do hereby certify that the following is a true and correct copy of the resolutions adopted by the Company on July 20, 2009, and that the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

>   **WHEREAS**, after due consideration, the Board believes it is desirable and in the best interest of the Company, its direct and indirect subsidiaries, its creditors, members, and other interested parties, that a voluntary petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Case"), 11 U.S.C. §§101 et seq. (the "Bankruptcy Code"); it is hereby
>
>   **RESOLVED**, that the Chief Executive Officer, and any and all other officers of the Company otherwise authorized by the Board, including Charles M. Moore of Conway MacKenzie, Inc., the Company's Chief Restructuring Officer, be, and each of them hereby are, authorized

---

[1] The Debtors are the following entities (with the last four digits of their federal tax identification numbers in parentheses): Cynergy Data, LLC (8677); Cynergy Data Holdings, Inc. (8208); Cynergy Prosperity Plus, LLC (4265). The mailing address for the Debtors is 30-30 47th Avenue, 9th Floor, Long Island City, New York 11101.

12637239.3

and empowered, on behalf of and in the name of the Company, to execute and verify such petitions under the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware at such time as the members or managers executing the petitions on behalf of the Company shall determine, and it is further

**RESOLVED,** that any and all of the officers of the Company, and Charles D. Moore of Conway MacKenzie, Inc., the Company's Chief Restructuring Officer, be, and each of them hereby are, authorized, on behalf of and in the name of the Company, to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in the Company's Bankruptcy Case; and it is further

**RESOLVED,** that any and all of the officers of the Company, including Charles D. Moore of Conway MacKenzie, Inc., the Company's Chief Restructuring Officer, be, and each of them hereby are, authorized and directed, on behalf of and in the name of the Company, to retain the law firms of Nixon Peabody LLP and Pepper Hamilton LLP as bankruptcy and Restructuring counsel to the Company; and it is further

**RESOLVED,** that the officers, on behalf of the Company, Charles D. Moore of Conway MacKenzie, Inc., the Company's Chief Restructuring Officer, be, and each of them hereby are authorized and empowered on behalf of and in the name of the Company, to retain and employ any other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist the Company's Bankruptcy Case on such terms as are deemed necessary, proper or desirable; and it is further

**RESOLVED,** that any or all of the officers of the Company, Charles D. Moore of Conway MacKenzie, Inc., the Company's Chief Restructuring Officer, each of them acting individually, designated by or directed by any such officers be, and each of them hereby are respectively authorized and empowered to cause the Company as such officers deemed appropriate to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in their judgment, necessary, proper or desirable to prosecute this Bankruptcy Case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

**RESOLVED,** that any and all past actions heretofore taken by officers of the Company, and the Board, in the name of an on behalf of the Company, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, approved and adopted.

**IN WITNESS WHEREOF,** I have hereunto set my hands this 20 day of July, 2009.

Cynergy Data, LLC

By: _____
Marcelo Paladini
Chief Executive Officer

12637239 1

- 3 -