# Invoice



**CHARGE** ★
**Anywhere**®
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

| Date |
|---|
| 07/30/09 |

| Invoice # |
|---|
| H66903 |

**Bill To**

CYNERGY DATA
30-30 47th Ave
9 Floor
Long Island City, NY 11101

**Ship To**

CYNERGY DATA
30-30 47TH AVE 9 FLOOR
LONG ISLAND CITY, NY 11101

| Merchant | LINEN DEPOT |
|---|---|
| Merchant ID | 028100162738 |

| Rep | Terms: |
|---|---|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | GPRS-Nurit | Activation Fee -89014104232738513703 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total** $25.00



# Invoice

**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 07/31/09 |

| Invoice # |
| --- |
| H66971 |

**Bill To**

CYNERGY DATA
30-30 47th Ave
9 Floor
Long Island City, NY 11101

**Ship To**

CYNERGY DATA
30-30 47TH AVE 9 FLOOR
LONG ISLAND CITY, NY 11101

| Merchant | NEVAREZ WESTERN WEAR |
| --- | --- |
| Merchant ID | 028100162943 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413499964 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**  $25.00



**Empowering Payments®**

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
|------|
| 07/31/09 |

| Invoice # |
|-----------|
| H66980 |

| Bill To |
|---------|
| CYNERGY DATA |
| 30-30 47th Ave |
| 9 Floor |
| Long Island City, NY 11101 |

| Ship To |
|---------|
| CYNERGY DATA |
| Att: Amatulah |
| 30-30 47TH AVE 9 FLOOR |
| LONG ISLAND CITY, NY 11101 |

| Merchant | ANTIQUE MODERNE |
|----------|-----------------|
| Merchant ID | 028100162944 |

| Rep | Terms: |
|-----|--------|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|----------|---------|-------------|------------|--------|
| 1 | GPRS-Nurit | Activation Fee -89014104212062278693 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

| **Total** | $25.00 |
|-----------|--------|



**CHARGE Anywhere®**

Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
|---|
| 07/31/09 |

| Invoice # |
|---|
| H66981 |

| Bill To |
|---|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---|
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | HUDSON RIVER CAFE |
|---|---|
| Merchant ID | 028100162924 |

| Rep | Terms: |
|---|---|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | GPRS-Nurit | Activation Fee -89014104212413499972 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**

$25.00

# Invoice



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 07/31/09 |

| Invoice # |
| --- |
| H66982 |

| Bill To | Ship To |
| --- | --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 | CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | ANGEL RIOS MINISTRIES |
| --- | --- |
| Merchant ID | 028100162282 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413499980 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**  $25.00



# Invoice

**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 07/31/09 |

| Invoice # |
| --- |
| H66983 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | VALLARTA MEXICAN GRILL |
| --- | --- |
| Merchant ID | 028100158986 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413499998 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total** $25.00



# CHARGE Anywhere®
### Empowering Payments®
4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
|------|
| 07/31/09 |

| Bill To |
|---------|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Invoice # |
|-----------|
| H67005 |

### To view the merchant detail for this invoice

Please visit www.chargeanywhere.com. Click on the Partner Portal link and log in. Choose "Reseller Billing Reports Details" under the Reports section.

| Terms: |
|--------|
| Due on receipt |

| Quantity | Item Code | Class | Price Each | Amount |
|---------:|-----------|-------|-----------:|-------:|
| 4 | Monthly Service | Mobitex-Nurit | 9.50 | 38.00 |
| 1 | Monthly Service | IP-Smartphone | 15.00 | 15.00 |
| 11 | Monthly Service | VT-Datatrax | 10.00 | 110.00 |
| 22 | Monthly Service | Mobitex-CA1 | 12.00 | 264.00 |
| 1,161 | Monthly Service | GPRS-Nurit | 11.50 | 13,351.50 |
| 33,242 | Transaction Fee | GPRS-Nurit | 0.05 | 1,662.10 |
| 8 | Transaction Fee | Mobitex-CA1 | 0.05 | 0.40 |

Billing Inquiries
Email: billing@chargeanywhere.com
Phone: 800-211-1256

**Total**     $15,441.00

CHARGE Anywhere

4041B Hadley Road
South Plainfield, NJ  07080

# Invoice

| Date | Invoice # |
|---|---|
| 07/31/09 | H68562 |

| Bill To |
|---|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| P.O. No. | Terms | Project |
|---|---|---|
| 028100085505 | Due on receipt | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Finance Charge - June  09 monthly service invoice | 1 | 227.28 | 227.28 |

| | |
|---|---|
| **Subtotal** | $227.28 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $227.28 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $227.28 |



**Empowering Payments®**

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
|------|
| 08/03/09 |

| Invoice # |
|-----------|
| H67090 |

| Bill To | Ship To |
|---------|---------|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 | CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | ANDYS 49ER DINER |
|----------|------------------|
| Merchant ID | 028100162266 |

| Rep | Terms: |
|-----|--------|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|----------|---------|-------------|------------|--------|
| 1 | GPRS-Nurit | Activation Fee -89014104212412669328 | 25.00 | 25.00 |

| Billing Inquiries:<br>Email: billing@chargeanywhere.com<br>Phone: 800-211-1256 option I | **Total** | $25.00 |
|---|---|---|



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
| --- |
| 08/05/09 |

| Invoice # |
| --- |
| H67210 |

| Bill To | Ship To |
| --- | --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 | CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | TNT HANDYMAN |
| --- | --- |
| Merchant ID | 028100162695 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413633265 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**   $25.00

# Invoice



### CHARGE Anywhere®
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 08/05/09 |

| Invoice # |
| --- |
| H67211 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | FELIX TIRE SHOP |
| --- | --- |
| Merchant ID | 028100083973 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413499964 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**   $25.00

# Invoice



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 08/05/09 |

| Invoice # |
| --- |
| H67212 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | NEVAREZ WESTERN WEAR |
| --- | --- |
| Merchant ID | 028100162943 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413632770 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total** $25.00



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
| --- |
| 08/06/09 |

| Invoice # |
| --- |
| H67263 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | MICHAEL A REED |
| --- | --- |
| Merchant ID | 028100163104 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee - 89014104212413638074 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

| **Total** | $25.00 |
| --- | --- |

# Invoice



**Empowering Payments®**

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 08/07/09 |

| Invoice # |
| --- |
| H67341 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | HIDDEN TREASURE |
| --- | --- |
| Merchant ID | 028100163070 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104232738513547 | 25.00 | 25.00 |

| Billing Inquiries:<br>Email: billing@chargeanywhere.com<br>Phone: 800-211-1256 option 1 | | | **Total** | $25.00 |
| --- | --- | --- | --- | --- |



# Invoice

**Empowering Payments®**

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
|------|
| 08/10/09 |

| Invoice # |
|-----------|
| H67405 |

**Bill To**

CYNERGY DATA
30-30 47th Ave
9 Floor
Long Island City, NY 11101

**Ship To**

CYNERGY DATA
30-30 47TH AVE 9 FLOOR
LONG ISLAND CITY, NY 11101

| Merchant | EAST COAST TVS |
|----------|----------------|
| Merchant ID | 028100151521 |

| Rep | Terms: |
|-----|--------|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|----------|---------|-------------|------------|--------|
| 1 | GPRS-Nurit | Activation Fee -89014104212340656751 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total** $25.00

# Invoice



**CHARGE** ★
**Anywhere**®
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
|------|
| 08/12/09 |

| Invoice # |
|-----------|
| H67515 |

| Bill To |
|---------|
| CYNERGY DATA |
| 30-30 47th Ave |
| 9 Floor |
| Long Island City, NY 11101 |

| Ship To |
|---------|
| CYNERGY DATA |
| 30-30 47TH AVE 9 FLOOR |
| LONG ISLAND CITY, NY 11101 |

| Merchant | EXPRESS LIVERY LIMOUSINE |
|----------|--------------------------|
| Merchant ID | 028100163356 |

| Rep | Terms: |
|-----|--------|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|----------|---------|-------------|------------|--------|
| 1 | GPRS-Nurit | Activation Fee -89014104212224674987 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**  $25.00



# Invoice

**CHARGE**
**Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
|------|
| 08/12/09 |

| Invoice # |
|-----------|
| H67516 |

| Bill To |
|---------|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---------|
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | SHORT BUS SUBS |
|----------|----------------|
| Merchant ID | 028100163424 |

| Rep | Terms: |
|-----|--------|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|----------|---------|-------------|------------|--------|
| 1 | GPRS-Nurit | Activation Fee -89014104212332444588 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total** $25.00



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
|------|
| 08/15/09 |

| Invoice # |
|-----------|
| H67639 |

| Bill To |
|---------|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---------|
| CYNERGY DATA<br>Att: Amatulah<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | PRO TOUR BAITS |
|----------|----------------|
| Merchant ID | 028100163484 |

| Rep | Terms: |
|-----|--------|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|----------|---------|-------------|-----------|--------|
| 1 | GPRS-Nurit | Activation Fee -89014104212062280129 | 25.00 | 25.00 |

| Billing Inquiries:<br>Email: billing@chargeanywhere.com<br>Phone: 800-211-1256 option 1 | | **Total** | $25.00 |



**CHARGE**
**Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
|------|
| 08/17/09 |

| Invoice # |
|-----------|
| H67900 |

| Bill To |
|---------|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---------|
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | PICT ME GIFT SHOP |
|----------|-------------------|
| Merchant ID | 028100163259 |

| Rep | Terms: |
|-----|--------|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|----------|---------|-------------|------------|--------|
| 1 | GPRS-Nurit | Activation Fee -89014104232738513554 | 25.00 | 25.00 |

| Billing Inquiries:<br>Email: billing@chargeanywhere.com<br>Phone: 800-211-1256 option 1 | | **Total** | $25.00 |



**CHARGE Anywhere®**

Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
| --- |
| 08/18/09 |

| Invoice # |
| --- |
| H67944 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | DIGIULIOS SHOES |
| --- | --- |
| Merchant ID | 028100132903 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413499410 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total** $25.00

# Invoice



**CHARGE** ★
**Anywhere**®
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 08/19/09 |

| Invoice # |
| --- |
| H67969 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | TIMBERVIEW HS ATHLETIC BO |
| --- | --- |
| Merchant ID | 028100163592 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413638041 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total** $25.00



# Invoice

**CHARGE**
**Anywhere**®
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

| Date |
|---|
| 08/19/09 |

| Invoice # |
|---|
| H67970 |

| Bill To |
|---|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---|
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | YELLOW CABI |
|---|---|
| Merchant ID | 028100163828 |

| Rep | Terms: |
|---|---|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | GPRS-Nurit | Activation Fee -89014104212413633273 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total** $25.00

# Invoice



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 08/19/09 |

| Invoice # |
| --- |
| H68029 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | LA SULTANA RESTAURANT |
| --- | --- |
| Merchant ID | 028100159888 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413499451 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total** $25.00



# CHARGE Anywhere®
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
| --- |
| 08/20/09 |

| Invoice # |
| --- |
| H68064 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | NEW MEXICO RENEGADES HOCK |
| --- | --- |
| Merchant ID | 028100159522 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413634800 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**          $25.00



# Invoice

**CHARGE ★ Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

| Date |
| --- |
| 08/21/09 |

| Invoice # |
| --- |
| H68123 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | UNLIMITED DC INC |
| --- | --- |
| Merchant ID | 028100160188 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212061487089 | 25.00 | 25.00 |

| Billing Inquiries:<br>Email: billing@chargeanywhere.com<br>Phone: 800-211-1256 option 1 | | | **Total** | $25.00 |



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
|---|
| 08/21/09 |

| Invoice # |
|---|
| H68138 |

| Bill To |
|---|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---|
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | MOUNKAILA SILVER JEWELRY |
|---|---|
| Merchant ID | 028100029002 |

| Rep | Terms: |
|---|---|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | GPRS-Nurit | Activation Fee -89014104232738513570 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**   $25.00



**Empowering Payments®**

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
|------|
| 08/21/09 |

| Invoice # |
|-----------|
| H68139 |

| Bill To |
|---------|
| CYNERGY DATA |
| 30-30 47th Ave |
| 9 Floor |
| Long Island City, NY 11101 |

| Ship To |
|---------|
| CYNERGY DATA |
| 30-30 47TH AVE 9 FLOOR |
| LONG ISLAND CITY, NY 11101 |

| Merchant | BENS ALTERNATIVE FOODS |
|----------|------------------------|
| Merchant ID | 028100163543 |

| Rep | Terms: |
|-----|--------|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|----------|---------|-------------|------------|--------|
| 1 | GPRS-Nurit | Activation Fee -89014104232738513562 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

| **Total** | $25.00 |



# Invoice

CHARGE Anywhere®
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 08/24/09 |

| Invoice # |
| --- |
| H68163 |

| Bill To | Ship To |
| --- | --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 | CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | JOEYS MOVERS AND TRUCKING |
| --- | --- |
| Merchant ID | 028100164036 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 5 | GPRS-Nurit | Activation Fee -89014104212413499436 /<br>89014104212413499923 / 89014104212413499931 /<br>89014104212413499949 / 89014104212413499956 | 25.00 | 125.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**  $125.00



**CHARGE Anywhere**®

Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

# Invoice

| Date |
| --- |
| 08/24/09 |

| Invoice # |
| --- |
| H68168 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | PRO TOUR BAITS |
| --- | --- |
| Merchant ID | 028100163484 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212061489432 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**  $25.00

# Invoice



**CHARGE** ★
**Anywhere**®
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

| Date |
| --- |
| 08/24/09 |

| Invoice # |
| --- |
| H68170 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | ABANO LANDSCAPING |
| --- | --- |
| Merchant ID | 028100164006 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -8901404232738515211 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**          $25.00

# Invoice



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

| Date |
|---|
| 08/24/09 |

| Invoice # |
|---|
| H68171 |

| Bill To |
|---|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---|
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | EAST LAKE VIEW NEIGHBORS |
|---|---|
| Merchant ID | 028100164035 |

| Rep | Terms: |
|---|---|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | GPRS-Nurit | Activation Fee -89014104232738513596 | 25.00 | 25.00 |

| | | | | |
|---|---|---|---|---|
| Billing Inquiries:<br>Email: billing@chargeanywhere.com<br>Phone: 800-211-1256 option 1 | | | **Total** | $25.00 |



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

# Invoice

| Date |
|------|
| 08/24/09 |

| Invoice # |
|-----------|
| H68172 |

| Bill To |
|---------|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---------|
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | GREGORY PITTS LUGGAGE STO |
|----------|---------------------------|
| Merchant ID | 028100163586 |

| Rep | Terms: |
|-----|--------|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|---------|---------|-------------|-----------|--------|
| 1 | GPRS-Nurit | Activation Fee -89014104232738515013 | 25.00 | 25.00 |

| Billing Inquiries:<br>Email: billing@chargeanywhere.com<br>Phone: 800-211-1256 option 1 | | **Total** | | $25.00 |



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

# Invoice

| Date |
|------|
| 08/25/09 |

| Invoice # |
|-----------|
| H68217 |

| Bill To |
|---------|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---------|
| CYNERGY DATA<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | INTEGRITY PEST ELIMINATIO |
|----------|---------------------------|
| Merchant ID | 512786 |

| Rep | Terms: |
|-----|--------|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|----------|---------|-------------|-----------|--------|
| 1 | GPRS-VeriFone | Activation Fee -601-249-128 /<br>89014104232738513588 | 25.00 | 25.00 |
| 1 | GPRS-VeriFone | Charge Anywhere - VeriFone Software License<br>-SE55-F010-7575 | 29.95 | 29.95 |

| Billing Inquiries:<br>Email: billing@chargeanywhere.com<br>Phone: 800-211-1256 option 1 | | **Total** | | $54.95 |



**CHARGE**
**Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

# Invoice

| Date |
|---|
| 08/25/09 |

| Invoice # |
|---|
| H68236 |

| Bill To |
|---|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---|
| CYNERGY DATA<br>Att: Amatulah<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | SIM Chip-GPRS |
|---|---|
| Merchant ID | |

| Rep | Terms: |
|---|---|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|---|---|---|---|---|
| 25 | GPRS-Nurit | SIM Chip-GPRS | 10.00 | 250.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

Page 1

**Total**



# Invoice

| Date |
|------|
| 08/25/09 |

| Invoice # |
|-----------|
| H68236 |

CHARGE Anywhere®
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Bill To |
|---------|
| CYNERGY DATA |
| 30-30 47th Ave |
| 9 Floor |
| Long Island City, NY 11101 |

| Ship To |
|---------|
| CYNERGY DATA |
| Att: Amatulah |
| 30-30 47TH AVE 9 FLOOR |
| LONG ISLAND CITY, NY 11101 |

| Merchant | SIM Chip-GPRS |
|----------|---------------|
| Merchant ID | |

| Rep | Terms: |
|-----|--------|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|----------|---------|-------------|-----------|--------|
| | | LLI  ICCID | | |
| | | C2222564  89014104232739599321 | | |
| | | C2222565  89014104232739599339 | | |
| | | C2222566  89014104232739599347 | | |
| | | C2222567  89014104232739599354 | | |
| | | C2222568  89014104232739599362 | | |
| | | C2222583  89014104232739599511 | | |
| | | C2222584  89014104232739599529 | | |
| | | C2222585  89014104232739599537 | | |
| | | C2222586  89014104232739599545 | | |
| | | C2222587  89014104232739599552 | | |
| | | C2222588  89014104232739599560 | | |
| | | C2222589  89014104232739599578 | | |
| | | C2222590  89014104232739599586 | | |
| | | C2222591  89014104232739599594 | | |
| | | C2222592  89014104232739599602 | | |
| | | C2222593  89014104232739599610 | | |
| | | C2222594  89014104232739599628 | | |
| | | C2222595  89014104232739599636 | | |
| | | C2222596  89014104232739599644 | | |
| | | C2222597  89014104232739599651 | | |
| | | C2222598  89014104232739599669 | | |
| | | C2222599  89014104232739599677 | | |
| | | C2222600  89014104232739599685 | | |
| | | C2222601  89014104232739599693 | | |
| | | C2222602  89014104232739599701 | | |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**



# Invoice

**Empowering Payments®**

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 08/25/09 |

| Invoice # |
| --- |
| H68236 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>Att: Amatulah<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | SIM Chip-GPRS |
| --- | --- |
| Merchant ID | |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Ground Shipping<br><br>The UPS Tracking Number is 1Z0X120F4295107873 | 10.00 | 10.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total** $260.00



# Invoice

**CHARGE** ★
**Anywhere** ®
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
|---|
| 08/26/09 |

| Invoice # |
|---|
| H68297 |

| Bill To |
|---|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---|
| CYNERGY DATA<br>Att: Amatulah<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | MANZI DESIGNS |
|---|---|
| Merchant ID | 508084 |

| Rep | Terms: |
|---|---|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | GPRS-VeriFone | Activation Fee -601-147-982 /<br>89014104211938073916 | 25.00 | 25.00 |
| 1 | GPRS-VeriFone | Charge Anywhere - VeriFone Software License<br>-S811-92E4-5434 | 29.95 | 29.95 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total** $54.95



# Invoice

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 08/27/09 |

| Invoice # |
| --- |
| H68321 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>Att: Amatulah<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | SOLAR SHIELD TECHNOLOGIES |
| --- | --- |
| Merchant ID | 028100157956 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014103211399765290 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**  $25.00



# Invoice

**CHARGE ★ Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

| Date |
| --- |
| 08/27/09 |

| Invoice # |
| --- |
| H68322 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>Att: Amatulah<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | CADY BUILDING MAINTENANCE |
| --- | --- |
| Merchant ID | 028100164152 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413632796 | 25,00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

| **Total** | $25.00 |
| --- | --- |



# Invoice

CHARGE ★
Anywhere®
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

| Date |
|---|
| 08/27/09 |

| Invoice # |
|---|
| H68323 |

| Bill To |
|---|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
|---|
| CYNERGY DATA<br>Att: Amatulah<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | RNN INC |
|---|---|
| Merchant ID | 028100152850 |

| Rep | Terms: |
|---|---|
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | GPRS-Nurit | Activation Fee -89014104212340998898 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

| **Total** | $25.00 |
|---|---|



# CHARGE ★ Anywhere®

Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

# Invoice

| Date |
| --- |
| 08/28/09 |

| Invoice # |
| --- |
| H68383 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>Att: Amatulah<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | MORONA CLOTHING |
| --- | --- |
| Merchant ID | 028100116618 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -8901410421224677162 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**    $25.00



# Invoice

**CHARGE ★ Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ 07080

| Date |
| --- |
| 08/28/09 |

| Invoice # |
| --- |
| H68403 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>Att: Amatulah<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | OME |
| --- | --- |
| Merchant ID | 028100164375 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212413632788 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**   $25.00



# Invoice

**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

| Date |
| --- |
| 08/31/09 |

| Invoice # |
| --- |
| H68447 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>Att: Amatulah<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | PREFERRED LOCKSMITH |
| --- | --- |
| Merchant ID | 028100164321 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104212340998880 | 25.00 | 25.00 |

Billing Inquiries:
Email: billing@chargeanywhere.com
Phone: 800-211-1256 option 1

**Total**        $25.00

# Invoice



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

| Date |
| --- |
| 08/31/09 |

| Invoice # |
| --- |
| H68462 |

| Bill To |
| --- |
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| Ship To |
| --- |
| CYNERGY DATA<br>Att: Amatulah<br>30-30 47TH AVE 9 FLOOR<br>LONG ISLAND CITY, NY 11101 |

| Merchant | TOWBOAT US MARTHAS VINEYA |
| --- | --- |
| Merchant ID | 028100164299 |

| Rep | Terms: |
| --- | --- |
| DL | Due on receipt |

| Quantity | Product | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | GPRS-Nurit | Activation Fee -89014104232738515237 | 25.00 | 25.00 |

| Billing Inquiries:<br>Email: billing@chargeanywhere.com<br>Phone: 800-211-1256 option 1 | | **Total** | $25.00 |
| --- | --- | --- | --- |



**CHARGE Anywhere®**
Empowering Payments®

4041B Hadley Road, South Plainfield, NJ  07080

# Invoice

| Date |
|------|
| 08/31/09 |

| Invoice # |
|-----------|
| H68485 |

| Bill To |
|---------|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

**To view the merchant detail for this invoice**

Please visit www.chargeanywhere.com.  Click on the Partner Portal link and log in. Choose "Reseller Billing Reports Details" under the Reports section.

| Terms: |
|--------|
| Due on receipt |

| Quantity | Item Code | Class | Price Each | Amount |
|---------:|-----------|-------|-----------:|-------:|
| 4 | Monthly Service | Mobitex-Nurit | 9.50 | 38.00 |
| 11 | Monthly Service | VT-Web Terminal | 10.00 | 110.00 |
| 1 | Monthly Service | IP-Smartphone | 15.00 | 15.00 |
| 22 | Monthly Service | Mobitex-CA1 | 12.00 | 264.00 |
| 1,191 | Monthly Service | GPRS-Nurit | 11.50 | 13,696.50 |
| 7 | Transaction Fee | Mobitex-CA1 | 0.05 | 0.35 |
| 37,764 | Transaction Fee | GPRS-Nurit | 0.05 | 1,888.20 |

Billing Inquiries
Email: billing@chargeanywhere.com
Phone: 800-211-1256

**Total**                $16,012.05

CHARGE Anywhere

# Invoice

4041B Hadley Road
South Plainfield, NJ  07080

| Date | Invoice # |
|------|-----------|
| 08/31/09 | H68563 |

| Bill To |
|---------|
| CYNERGY DATA<br>30-30 47th Ave<br>9 Floor<br>Long Island City, NY 11101 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 028100085505 | Due on receipt | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Finance Charge - Jun09 and Jul09 monthly service invoices | 1 | 458.89 | 458.89 |

| | |
|---|---|
| **Subtotal** | $458.89 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $458.89 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $458.89 |