# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | CD Liquidation Co., LLC fka Cynergy Data, LLC, et al. |
| **Case Number:** | 09-13038-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 21, 2010 03:30 PM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matters:

1) Confirmation and Omnibus (Time changed from 10:30 am)
   **R / M #:**   1,196 / 0

2) **ADV: 1-10-53190**
   **CD Liquidation Co., LLC, et al., by and vs Marcelo Paladini**
   Pretrial Conference
   **R / M #:**   0 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to next omnibus hearing date
#2 -  ORDER SIGNED
#3 -  ORDER SIGNED
#4 -  ORDER SIGNED
#5 -  A-10-53190 - Pretrial Conference -  parties will submit a Briefing w/stipulation