**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In re A28**                                        **Case No. 09-13038**
**Debtors**      **CD Liquidation Trust Co., LLC**          **Reporting Period: 4/1/2017 - 9/30/2017**

**QUARTERLY TRUST REPORT**
**CYNERGY LIQUIDATION TRUST**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | Q3 2017 |
|---|---|
| TOTAL OPERATING DISBURSEMENTS | 40,474 |
| PLUS: DISTRIBUTIONS TO CREDITORS | 90,000 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | - |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 130,474 |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Authorized Individual*                 Date September 25, 2017

                                                    9/25/17

Jesse York                                          CD Liquidation Trustee
Printed Name of Authorized Individual               Title of Authorized Individual

**Claims Matrix 09/30/17**

| Creditor | Disclosure Statement Amount | Additional Claims | Final Claim Amount | Cash Disbursements | Other Reduction or Reclassification or Interest | Remaining Claim |
|---|---|---|---|---|---|---|
| Prosperity Loan A | 10,322,998 | - | 10,322,998 | (2,135,801) | (8,187,197) | - |
| Term A | 13,518,758 | - | 13,518,758 | (17,164,199) | 6,181,389 | 2,535,948 |
| Revolver | 10,776,411 | - | 10,776,411 | - | 7,913,741 | 18,690,152 |
| Swap Agreement | 2,132,638 | - | 2,132,638 | - | (1,259,279) | 873,358 |
| Prosperity Loan B | - | - | - | - | 14,051,855 | 14,051,855 |
| Term Loan B | 27,333,126 | - | 27,333,126 | - | - | 27,333,126 |
| Term Loan C | 53,880,113 | - | 53,880,113 | (750,000) | - | 53,130,113 |
| Unsecured Priority Claims | 193,993 | 88,587 | 282,580 | (52,285) | (219,344) | 63,235 |
| Unsecured Non Priority Claims | 2,309,311 | - | 2,309,311 | - | - | 2,309,311 |
| **Total** | 120,467,348 | 88,587 | 120,555,935 | (20,102,285) | 18,481,164 | 118,987,099 |

Please note that many secured and unsecured claims have been filed as unliquidated; as such, the amounts above are subject to change

**Liquidation Trust Cash Flow**

| | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sept-17[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Starting Cash Balance Liquidation Trust** | 159,739 | 153,275 | 153,038 | 145,247 | 144,950 | 128,594 | 128,324 | 121,256 | 118,421 | 159,739 |
| Cash Transfer | - | - | - | - | - | - | - | - | 2,140 | 2,140 |
| Retainer refund | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | - | - | - | - | - | - | - | - | 2,140 | 2,140 |
| **Disbursements** | | | | | | | | | | |
| Conway MacKenzie | - | - | - | - | 9,482 | - | 4,988 | - | 6,430 | 20,899 |
| Cohn Reznick | - | - | 2,550 | - | - | - | - | 2,550 | 6,000 | 11,100 |
| McDonald | - | - | 3,905 | - | 994 | - | 568 | - | 994 | 6,461 |
| Posinelli | - | - | 1,100 | - | - | - | 620 | - | 1,532 | 3,252 |
| Computer Source | - | - | - | - | - | - | - | - | - | - |
| Bodman | - | - | - | - | - | - | - | - | - | - |
| Other | 6,464 | 236 | 236 | 297 | 5,881 | 270 | 892 | 285 | 15,605 | 30,167 |
| Distribution to Creditors | - | - | - | - | - | - | - | - | 90,000 | 90,000 |
| **Total Disbursements** | 6,464 | 236 | 7,791 | 297 | 16,357 | 270 | 7,068 | 2,835 | 120,561 | 161,879 |
| **Net Cash Flow** | (6,464) | (236) | (7,791) | (297) | (16,357) | (270) | (7,068) | (2,835) | (118,421) | (159,739) |
| **Ending Cash Balance 70726** | **153,275** | **153,038** | **145,247** | **144,950** | **128,594** | **128,324** | **121,256** | **118,421** | **-** | **-** |
| Ending Cash Balance 70734 | 2,175 | 2,170 | 2,165 | 2,160 | 2,155 | 2,150 | 2,145 | 2,140 | - | - |
| **Total Ending Cash Balance** | **155,449** | **155,208** | **147,412** | **147,110** | **130,748** | **130,474** | **123,401** | **120,561** | **-** | **-** |

1. Note that the Trust has not yet distributed the $90,000 disbursement to creditors or the $15,605 "Other" which represents estimated professional fees.
The total amount of $105,605 will be distributed prior to 9/30, pending a succesful closing of the case, but the distribution between creditors and professionals
may differ slightly.

**CD Liquidation, LLC**
**Escrow Balance**

$ Dollars

| | Transactions | | Balance |
|---|---|---|---|
| Date | Explanation | Amount | |
| 29-Oct-09 | Deposit | 38,000,000.00 | 38,000,000.00 |
| 2-Nov-09 | Dividend | 27.10 | 38,000,027.10 |
| 1-Dec-09 | Dividend | 451.52 | 38,000,478.62 |
| 28-Dec-09 | Withdrawal Moneris RR | (406,524.59) | 37,593,954.03 |
| 5-Jan-10 | Dividend | 256.49 | 37,594,210.52 |
| 1-Feb-10 | Dividend | - | 37,594,210.52 |
| 1-Mar-10 | Dividend | 64.65 | 37,594,275.17 |
| 15-Mar-10 | Cure payment Fast Transact | (8,000.00) | 37,586,275.17 |
| 15-Mar-10 | Cure payment MPS | (200,000.00) | 37,386,275.17 |
| 15-Mar-10 | Cure payment CPS | (26,292.08) | 37,359,983.09 |
| 18-Mar-10 | Withdrawal Moneris RR | (434,255.67) | 36,925,727.42 |
| 1-Apr-10 | Dividend | - | 36,925,727.42 |
| 22-Apr-10 | Cure Payment America One | (367,974.34) | 36,557,753.08 |
| 22-Apr-10 | Cure Payment DTI | (225,000.00) | 36,332,753.08 |
| 27-Apr-10 | Withdrawal Moneris RR | (226,476.30) | 36,106,276.78 |
| 30-Apr-10 | Withdrawal Moneris RR | (338,464.81) | 35,767,811.97 |
| 30-Apr-10 | Withdrawal Moneris RR | (231,709.51) | 35,536,102.46 |
| 3-May-10 | Withdrawal Moneris RR | (165,462.60) | 35,370,639.86 |
| 13-May-10 | Withdrawal Moneris RR | (202,030.35) | 35,168,609.51 |
| 28-May-10 | Withdrawal Moneris RR | (1,973,404.75) | 33,195,204.76 |
| 31-May-10 | Withdrawl Vendor | (323,213.79) | 32,871,990.97 |
| 31-May-10 | Dividend | 35.66 | 32,872,026.63 |
| 1-Jun-10 | Withdrawal Moneris RR | (138,377.97) | 32,733,648.66 |
| 3-Jun-10 | Withdrawl  EP Reserves | (641,047.77) | 32,092,600.89 |
| 10-Jun-10 | Withdrawal Moneris RR | (349,662.98) | 31,742,937.91 |
| 10-Jun-10 | Withdrawal Moneris RR | (357,925.05) | 31,385,012.86 |
| 14-Jun-10 | Cure enforcement fees | (6,000.00) | 31,379,012.86 |
| 23-Jun-10 | Cure Payment Process America | (1,585,807.43) | 29,793,205.43 |
| 25-Jun-10 | Withdrawal Moneris RR | (287,225.75) | 29,505,979.68 |
| 30-Jun-10 | Dividend | 32.65 | 29,506,012.33 |
| 1-Jul-10 | Withdrawal Moneris RR | (280,400.69) | 29,225,611.64 |
| 28-Jul-10 | Withdrawal Moneris RR | (301,750.56) | 28,923,861.08 |
| 31-Jul-10 | Dividend | 32.57 | 28,923,893.65 |
| 6-Aug-10 | Withdrawal Moneris RR | (264,953.28) | 28,658,940.37 |
| 6-Aug-10 | Withdrawal Moneris RR | (141,342.17) | 28,517,598.20 |
| 9-Aug-10 | EP Settlement | (191,557.89) | 28,326,040.31 |
| 19-Aug-10 | Withdrawal Moneris RR | (169,933.96) | 28,156,106.35 |
| 27-Aug-10 | Signapay Cure | (8,000.00) | 28,148,106.35 |
| 8-Sep-10 | Withdrawal Moneris RR | (180,715.60) | 27,967,390.75 |
| 22-Sep-10 | Release to Term A Lenders | (6,839,535.00) | 21,127,855.75 |
| 30-Sep-10 | Tory's Fees | (524,296.31) | 20,603,559.44 |
| 30-Sep-10 | Dividend | 32.82 | 20,603,592.26 |
| 13-Oct-10 | Withdrawal Moneris RR | (648,829.48) | 19,954,762.78 |
| 13-Oct-10 | Credit Moneris RR | 24,833.95 | 19,979,596.73 |
| 31-Oct-10 | Dividend | 28.74 | 19,979,625.47 |
| 2-Nov-10 | Withdrawal Moneris RR | (297,334.63) | 19,682,290.84 |

**CD Liquidation, LLC**
**Escrow Balance**

**$ Dollars**

| | Transactions | | Balance |
|---|---|---:|---:|
| 2-Nov-10 | Dividend | 24.79 | 19,682,315.63 |
| 3-Nov-10 | Withdrawal Pivotal RR | (452,830.41) | 19,229,485.22 |
| 18-Nov-10 | Merchant Cure Claim | (15,000.00) | 19,214,485.22 |
| 22-Nov-10 | Merchant Cure Claim | (62,071.75) | 19,152,413.47 |
| 22-Nov-10 | Merchant Cure Claim | (83,155.06) | 19,069,258.41 |
| 2-Dec-10 | Withdrawal Moneris RR | (126,085.36) | 18,943,173.05 |
| 2-Dec-10 | Dividend | 125.14 | 18,943,298.19 |
| 13-Dec-10 | Withdrawal Moneris RR | (36,842.28) | 18,906,455.91 |
| 16-Dec-10 | Withdrawal Moneris RR | (58,955.94) | 18,847,499.97 |
| 21-Dec-10 | Withdrawal Moneris RR | (10,224,586.74) | 8,622,913.23 |
| 4-Jan-11 | Dividend | 99.94 | 8,623,013.17 |
| 20-Jan-11 | Credit Moneris RR | 15,000.00 | 8,638,013.17 |
| 14-Feb-11 | Credit Moneris RR | 62,071.75 | 8,700,084.92 |
| 22-Feb-11 | Claims Disbursements | (12,885.26) | 8,687,199.66 |
| 1-Mar-11 | Claims Disbursements | (21,900.00) | 8,665,299.66 |
| 9-Mar-11 | Aschettino Settlement | (17,500.00) | 8,647,799.66 |
| 11-Mar-11 | Fund Liquidation Trust | (500,000.00) | 8,147,799.66 |
| 21-Mar-11 | Pivotal Payment | (23,285.10) | 8,124,514.56 |
| 31-Mar-11 | Fund Cash Collateral | (150,000.00) | 7,974,514.56 |
| 29-Apr-11 | Dividend | 12.84 | 7,974,527.40 |
| 31-May-11 | Dividend | 18.70 | 7,974,546.10 |
| 30-Jun-11 | Dividend | 13.83 | 7,974,559.93 |
| 12-Oct-11 | Pivotal Release | (1,710,897.48) | 6,263,662.45 |
| 31-Oct-11 | Dividend | 38.74 | 6,263,701.19 |
| 12-Dec-11 | Excess Pivotal Release | (172,686.25) | 6,091,014.94 |
| 31-Jan-12 | Dividend | 59.77 | 6,091,074.71 |
| 9-Feb-12 | Cure claim release | (3,956,000.00) | 2,135,074.71 |
| 31-May-12 | Dividend | 7.32 | 2,135,082.03 |
| 31-Dec-12 | Dividend | 39.64 | 2,135,121.67 |
| 30-Jun-13 | Dividend | 17.58 | 2,135,139.25 |
| 31-Jul-13 | Dividend | 8.99 | 2,135,148.24 |
| 31-Oct-13 | Dividend | 17.69 | 2,135,165.93 |
| 4-Feb-14 | Distribution to Creditors | (1,000,000.00) | 1,135,165.93 |
| 31-Mar-14 | Dividend | 16.77 | 1,135,182.70 |
| 30-Jun-14 | Dividend | 9.21 | 1,135,191.91 |
| 28-Feb-15 | Dividend | 12.09 | 1,135,204.00 |
| 12-Mar-15 | Distribution to Creditors | (900,000.00) | 235,204.00 |
| 12-Mar-15 | Fund Liquidation Trust | (235,204.00) | - |

80542

CD LIQUIDATION TRUST UAD 1-11-11
CHARLES M MOORE TRUSTEE
401 S OLD WOODWARD AVE
SUITE 340
BIRMINGHAM MI 48009

***Basic Business Checking***
**statement**
**July 1, 2017** to **July 31, 2017**
**Account number**

# Account summary

**Beginning balance**
**on July 1, 2017**                              **$128,323.69**

***Less withdrawals***

| | |
|---|---|
| Checks | -$650.00 |
| Electronic (EFT) withdrawals | -$6,175.78 |
| Fees and service charges | -$242.17 |

**Ending balance**
**on July 31, 2017**                             **$121,255.74**

**To contact us**

**Call**
(800) 643-4418
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8542

**Important information**

Effective 9/1/2017, the following fee changes will apply: Account Activity Fees - NSF (Return of unpaid items) and Paid Overdraft per item fees for 1st occurrence will be $26, 2nd-4th occurrences and 5th or greater occurrences will be $38; ATM/Check Card - Transactions at U.S. ATMs Other Than Comerica ATMs (Withdrawal; Balance Inquiry; Account Transfer) will be $2.50 per transaction.
The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

***Basic Business Checking*** statement
**July 1, 2017** to **July 31, 2017**

## *Basic Business Checking* account details:

### Checks paid this statement period

\* This symbol indicates a break in check number sequence
\# This symbol indicates an original item not enclosed
@ This symbol indicates a break in check number sequence and an original item not enclosed

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|---|---|---|---|---|---|---|---|
| # 1071 | -325.00 | Jul 24 | 0971336081 | # 1072 | -325.00 | Jul 24 | 0971336080 |

**Total checks paid this statement period: -$650.00**
**Total number of checks paid this statement period: 2**

### Electronic withdrawals this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount ($) | Activity | Customer | Bank |
| Jul 10 | -4,987.78 | Wire # 102687 Bnf Conway Mackenzie Manageme | | 9485003324 |
| Jul 10 | -620.00 | Wire # 102691 Bnf Polsinelli Shu Fed # 001597 | | 9485003323 |
| Jul 10 | -568.00 | Wire # 102701 Bnf Mcdonald Hopki Fed # 001614 | | 9485003322 |

**Total Electronic Withdrawals: -$6,175.78**
**Total number of Electronic Withdrawals: 3**

### Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jul 14 | -242.17 | Service Charge | 0006527491 |

**Total Fees and Service Charges: -$242.17**
**Total number of Fees and Service Charges: 1**

###  Lowest daily balance

Your lowest daily balance this statement period was **$121,255.74**
on **July 24, 2017**.

***Basic Business Checking*** statement
**July 1, 2017** to **July 31, 2017**

# Basic Business Checking:

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**

**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly.  If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions*: If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions*: If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn:  Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions*: If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you.  See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 

80542

CD LIQUIDATION TRUST UAD 1-11-11
CHARLES M MOORE TRUSTEE
401 S OLD WOODWARD AVE
SUITE 340
BIRMINGHAM MI 48009

*Basic Business Checking*
**statement**
**July 1, 2017** to **July 31, 2017**
**Account number**

## Account summary

| | |
|---|---|
| **Beginning balance on July 1, 2017** | **$2,149.73** |
| *Less withdrawals* | |
| Fees and service charges | -$5.00 |
| **Ending balance on July 31, 2017** | **$2,144.73** |

**To contact us**

**Call**
(800) 643-4418
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**

COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8542

**Important information**

Effective 9/1/2017, the following fee changes will apply: Account Activity Fees - NSF (Return of unpaid items) and Paid Overdraft per item fees for 1st occurrence will be $26, 2nd-4th occurrences and 5th or greater occurrences will be $38; ATM/Check Card - Transactions at U.S. ATMs Other Than Comerica ATMs (Withdrawal; Balance Inquiry; Account Transfer) will be $2.50 per transaction.
The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

***Basic Business Checking*** statement
**July 1, 2017** to **July 31, 2017**

# *Basic Business Checking* account details:

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|-----------------------|
| Jul 14 | -5.00 | Service Charge | 0006527492 |

**Total Fees and Service Charges: -$5.00**
**Total number of Fees and Service Charges: 1**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$2,144.73**
on **July 14, 2017**.

***Basic Business Checking*** statement
**July 1, 2017 to July 31, 2017**

# Basic Business Checking:

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly.  If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions*: If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions*: If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn:  Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions*: If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you.  See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 

80542

CD LIQUIDATION TRUST UAD 1-11-11
CHARLES M MOORE TRUSTEE
401 S OLD WOODWARD AVE
SUITE 340
BIRMINGHAM MI 48009

### *Basic Business Checking*
### statement

**August 1, 2017** to **August 31, 2017**
**Account number**

## Account summary

**Beginning balance**
**on August 1, 2017**                     **$121,255.74**

*Less withdrawals*

Electronic (EFT) withdrawals                     -$2,550.00

Fees and service charges                          -$284.97

**Ending balance**
**on August 31, 2017**                    **$118,420.77**

**To contact us**

**Call**
(800) 643-4418
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**

COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8542

**Important information**

Starting September 15, 2017, Same Day ACH
(SDA) becomes effective for Debits. You may not
charge your customer for SDA debit activity prior
to the Settlement date. While you cannot disable
SDA you may optionally block all electronic
transactions. For more information about SDA,
please contact Treasury Management
Relationship Services at 800.852.3649.
The Account Balance Fee for this statement
period for this account is $0.00/$1,000.

**Thank you**

*Basic Business Checking* statement
**August 1, 2017** to **August 31, 2017**

# *Basic Business Checking* account details:

## Electronic withdrawals this statement period

Reference numbers

| Date | Amount ($) | Activity | Customer | Bank |
|------|-----------|----------|----------|------|
| Aug 24 | -2,550.00 | Wire # 101630 Bnf Cohn Reznick   Fed # 001031 | | 9485003400 |

**Total Electronic Withdrawals: -$2,550.00**
**Total number of Electronic Withdrawals: 1**

## Fees and service charges this statement period

**Bank reference number**

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Aug 11 | -284.97 | Service Charge | 0001692343 |

**Total Fees and Service Charges: -$284.97**
**Total number of Fees and Service Charges: 1**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$118,420.77** on **August 24, 2017**.

***Basic Business Checking*** statement
**August 1, 2017** to **August 31, 2017**

# Basic Business Checking:

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly.  If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions*: If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:**  *Electronic Transactions*: If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn:  Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions*: If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you.  See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 

80542

CD LIQUIDATION TRUST UAD 1-11-11
CHARLES M MOORE TRUSTEE
401 S OLD WOODWARD AVE
SUITE 340
BIRMINGHAM MI 48009

## *Basic Business Checking* statement

**August 1, 2017** to **August 31, 2017**
**Account number**

## Account summary

**Beginning balance**
**on August 1, 2017**                    **$2,144.73**

*Less withdrawals*

Fees and service charges                    -$5.00

**Ending balance**
**on August 31, 2017**                    **$2,139.73**

**To contact us**

**Call**
(800) 643-4418
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**

COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8542

**Important information**

Starting September 15, 2017, Same Day ACH (SDA) becomes effective for Debits. You may not charge your customer for SDA debit activity prior to the Settlement date. While you cannot disable SDA you may optionally block all electronic transactions. For more information about SDA, please contact Treasury Management Relationship Services at 800.852.3649.
The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

**Basic Business Checking** statement
**August 1, 2017** to **August 31, 2017**

# *Basic Business Checking* account details:

## Fees and service charges this statement period

Bank
reference
number

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Aug 11 | -5.00 | Service Charge | 0001692344 |

**Total Fees and Service Charges: -$5.00**
**Total number of Fees and Service Charges: 1**

 **Lowest daily balance**

Your lowest daily balance this statement period was **$2,139.73**
on **August 11, 2017**.

*Basic Business Checking* statement
**August 1, 2017** to **August 31, 2017**

# Basic Business Checking:

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 Equal Opportunity Lender   Rev. 07-05      www.comerica.com